UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

```
_____
                         }
JOHN J. HOPKINS, III ESQ.|
Bar 025081991            |
545 Bath Avenue          |
Suite 201                |
Long Branch, NJ 07740    |
(732) 263-1414           |
(732) 263-1042 fax       |
Jhopkins@hopkinslaw.com  |    Case No.:    22-11747 (KCF)
                         |
_____|    Adv.Proc.    22-01112 (KCF)
In Re:                   |
                         |
JOHN J. HOPKINS, III     |    Chapter:        7
                         |
                         |    Kathryn C. Ferguson, U.S.B.J.
                         |
_____|
```

**NOTICE OF APPEAL**

The Debtor, John J. Hopkins, III, Esq. appeals under 28 U.S.C. § 158(a) from Several Orders dated September 14, 2022 (No 89 on Docket), September 16, 2022 (No 90 on Docket), September 17, 2022 (No 92 on Docket) September 18, 2022 (No 93 on Docket) and September 19, 2022 (No 94 on Docket); Authorizing the sale of the principal residence of the debtor and denying the motion to compel abandonment of the property.

The parties to the order appealed from and the names of their respective attorneys are as follows:

Andria Dobin, Trustee
McManimon, Scotland & Baumann
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
Fax: (973) 622-7333
adobin@msbnj.com

Barbara Hopkins
John Michael McDonnell, Esq
McDonnell Crowley LLC
115 Maple Avenue
Red Bank, NJ 07701
732-383-7233
jmcdonnell@mchfirm.com

October 2, 2022                          /s/ John J. Hopkins
_____                          _____
                                         JOHN J. HOPKINS, ESQ. (JH9494)

John J. Hopkins, Esquire